## UNITED STATES DISTRICT COURT

### *Southern District of Indiana*

#### *Kristine L. Seufert*

#### *Clerk of the Court*

| | |
|---|---:|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

December 10, 2024

United States District Court
Northern District of Indiana
Office of the Clerk
204 S. Main St.
South Bend,  Indiana 46601


Re: CORCORAN v. REAGLE et al
Cause Number: 1:24−cv−02165−JRS−MG

To Whom it May Concern:

Pursuant to an Order dated 12/10/2024, the above file is being transferred to the United States District Court for the Northern District of Indiana. The case file has been transferred electronically to your court via CM/ECF.

Sincerely,

Kristine L. Seufert


By:  s/Justin S Roof
        Justin S Roof, Deputy Clerk


cc: Counsel of record